# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DMITRY LEVSHIN,<br><br>                              Plaintiff,<br>    vs.<br><br>SAN DIEGO SHERIFF'S DEPARTMENT; WILLIAM D. GORE; COUNTY OF SAN DIEGO; LA MESA POLICE DEPARTMENT; ED ACEVES; CITY OF LA MESA; STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; NATALIE MURRELL,<br><br>                              Defendants. | CASE NO. 11cv3018 JM(RBB)<br><br>ORDER GRANTING MOTIONS TO DISMISS; GRANTING LEAVE TO AMEND |

Defendant Natalie Clayton ("Clayton"), erroneously sued as Natalie Murrell, moves to dismiss all claims asserted against her. Plaintiff Dmitry Levshin ("Levshin") does not oppose the motion. Pursuant to Local Rule 7.1(d)(1), the court finds this matter appropriate for resolution without oral argument. For the reasons set forth in its previous orders granting the motion to dismiss all claims against Clayton, and based upon Plaintiff's failure to oppose the motion, the court grants the motion to dismiss.

**IT IS SO ORDERED.**

DATED: December 4, 2012

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:     All parties