## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

LEVSHIN v. SAN DIEGO SHERIFF'S DEPT.                              Case No. 11cv3018 JM(RBB)
                                                                  **Time Spent: 1 hr. 5 mins.**

HON. RUBEN B. BROOKS        CT. DEPUTY VICKY LEE                              Rptr.

                                    Attorneys
            Plaintiffs                              Defendants

Dante Pride (present)                       Kevin Kennedy (present)


PROCEEDINGS:    ____  In Chambers    _x_  In Court    ____  Telephonic

A settlement conference was held.


DATE: February 5, 2014            IT IS SO ORDERED:   /s/ Ruben Brooks
                                                      Ruben B. Brooks,
                                                      U.S. Magistrate Judge
cc: Judge Miller                                      INITIALS: VL (mg) Deputy
    All Parties of Record