1  DANTE T. PRIDE (SBN 262362)
   THE PRIDE LAW FIRM
2  2534 State Street, Suite 411
   San Diego, California 92101
3  Telephone: 619-516-8166
   Facsimile: 619-422-1341
4  Attorneys for Plaintiff DMITRIY LEVSHIN

5  THOMAS E. MONTGOMERY, County Counsel
   County of San Diego
6  By KEVIN G. KENNEDY, Senior Deputy (SBN 147287)
   1600 Pacific Highway, Room 355
7  San Diego, California 92101-2469
   Telephone: (619) 531- 5836
8  Attorneys for Defendant County of San Diego

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DMITRIY LEVSHIN,<br><br>  Plaintiff,<br><br>  v.<br><br>SAN DIEGO SHERIFF'S DEPARTMENT UNKNOWN AND UNNAMED OFFICERS; COUNTY OF SAN DIEGO, Operators of San Diego County Sheriff; NATALIE CLAYTON, individually and in her official capacity as Parole agent, ALL UNKNOWN AND UNNAMED DEFENDANTS, individually and in their official capacity as employees of each government entity, and DOES 1 through 100, inclusive,<br><br>  Defendants. | No. 11-CV-3018JM(RBB)<br><br>**JOINT MOTION TO DISMISS THE CASE**<br><br>[Fed.R.Civ.P. Rule 41(a)(1)(A)(ii)] |

TO THE UNITED STATES DISTRICT COURT, THE HON. JEFFREY T. MILLER:

The parties have agreed to a settlement wherein Plaintiff will dismiss the case with prejudice and each side will bear its own costs and attorney's fees. The parties herein

///

///

///

1  jointly move for an order dismissing the case with prejudice under Federal Rules of Civil
2  Procedure, Rule 41(a)(2).
3  DATED: February 25, 2014           THE PRIDE LAW FIRM

                                     By: [signature]
5                                        DANTE T. PRIDE, ESQ.
                                         Attorney for Plaintiff Dmitriy Levshin

7  DATED: February 25, 2014           THOMAS E. MONTGOMERY, County Counsel
8                                     By: [signature]
9                                        KEVIN G. KENNEDY, Senior Deputy
                                         Attorneys for Defendant County of San Diego

2

No. 11-CV-3018JM(RBB)